**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1064**

———————

CLYDE M. DAVIS-EL, JR.,

Plaintiff - Appellant,

versus

HENRY G. CISNEROS, Secretary, HUD; HAROLD
YOUNG, Acting State Coordinator, Maryland
State Office; ROGER WILLIS, Acting Chief,
R.E.O. Branch for Maryland State Office; U.S.
DEPARTMENT OF HOUSING & URBAN DEVELOPMENT;
OTHER UNNAMED AGENTS,

Defendants - Appellees,

and

ALAN W. HEIFETZ, Chief Administrative Law
Judge,

Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-96-
1857-MJG)

———————

Submitted: August 28, 1997      Decided: September 10, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

---

Affirmed by unpublished per curiam opinion.

---

Clyde M. Davis-El, Appellant Pro Se.  Lynne Ann Battaglia, United States Attorney, Donna Carol Sanger, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil action with prejudice. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Davis-El v. Cisneros, et al</u>. No. CA-96-1857-MJG (D. Md. Nov. 12, 1996). We deny Appellant's motion for stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>